# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cv553-W-2
# (3:06cr391-4-W)

| | |
|---|---|
| **STERLING RAPHAEL ROSEBORO,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| _____) | |

**THIS MATTER** is before the Court on Petitioner's letter motion. (Doc. No. 9).

On December 22, 2010, the Court entered an Order denying Petitioner's Motion to Vacate. However, pursuant to the Petitioner's letter motion, that Order has not yet been mailed to him. Having carefully considered Petitioner's request, for good cause shown, his letter-motion will be granted to the extent that the Court will allow him to designate an address to which he would like the Clerk of Court to send his copy of the Court's Order of dismissal.

**IT IS, THEREFORE, ORDERED THAT** within twenty (20) days of the date of this Order, Petitioner shall file a document advising the Court of the address to which he would like the Clerk to send his copy of the Order of dismissal. **Failure to timely provide this information will result in the mailing of Petitioner's copy of the Order of dismissal to his current address**.

1

**SO ORDERED**.

Signed: December 22, 2010

Frank D. Whitney
United States District Judge